UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20mj04053 Reid

UNITED STATES OF AMERICA

vs.

JUAN RAFAEL SALAS ENOACALNACIO,
GEREMU VERA CALLEBERNO, and
EDICTO MANUEL GOMEZ ACEMEDO,

    Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013? ___ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014? ___ Yes _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019? ___ Yes _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Ellen D'Angelo
Assistant United States Attorney
Court ID No.: A5502579
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9349
ellen.d'angelo@usdoj.gov

AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JUAN RAFAEL SALAS ENOACALNACIO,<br>GEREMU VERA CALLEBERNO, and<br>EDICTO MANUEL GOMEZ ACEMEDO,<br>_Defendant(s)_ | Case No. 1:20mj04053 Reid |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about **November 8, 2020**, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

DEA TFO Marcelino Mariabello
_Printed name and title_

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 19th day of November, 2020.

Date: 11/19/2020

City and state: Miami, Florida

_Judge's signature_

Lisette M. Reid, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marcelino Mariabello, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a detective with the City of Sunny Isles Beach Police Department and have served in this capacity since February 2008. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2017. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief. Because this Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

3. This Affidavit is submitted for the limited purpose of establishing probable cause that **JUAN RAFAEL SALAS ENOACALNACIO** ("**SALAS ENOACALNACIO**"), **GEREMU VERA CALLEBERNO** ("**VERA CALLEBERNO**"), and **EDICTO MANUEL GOMEZ ACEMEDO** ("**GOMEZ ACEMEDO**") did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is, five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

## PROBABLE CAUSE

4. On November 8, 2020, while on patrol in the area of the Caribbean Sea, a maritime patrol aircraft ("MPA") detected a go-fast vessel ("GFV") operating approximately 98 nautical miles north of Bahia Hondita, Colombia, in international waters and upon the high seas. The Royal Fleet Auxiliary ("RFA") ARGUS, assisted by the United States Coast Guard, was patrolling nearby and diverted to intercept the GFV.

5. The RFA ARGUS launched its helicopter to approach the GFV, which reported that when the GFV detected the MPA, the individuals on board began jettisoning packages. The helicopter returned to the RFA ARGUS to refuel while the MPA remained on scene. After refueling, the helicopter went to the area of the GFV and became visible, causing the GFV to become compliant with law enforcement commands, and law enforcement took control of the GFV.

6. Law enforcement from the RFA ARGUS completed a right of visit boarding of the GFV. There were three individuals on board, who were later identified as **SALAS ENOACALNACIO**, **VERA CALLEBERNO**, and **GOMEZ ACEMEDO**, all of whom are

Dominican nationals. **SALAS ENOACALNACIO** was identified as the master of the vessel and claimed the Dominican Republic as the nationality of the vessel. Based on these statements, the United States contacted the government of the Dominican Republic, who advised that it could neither confirm nor deny registration of the GFV. Due to the Dominican Republic's response, the GFV was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

7. A full law enforcement boarding was conducted, and a search of the GFV revealed multiple bales of suspected narcotics on board. Law enforcement recovered a total of 12 large bales and 1 small bale from the GFV, weighing approximately 375 kilograms, which field-tested positive for cocaine. Law enforcement was unable to recover the jettisoned packages.

8. **SALAS ENOACALNACIO**, **VERA CALLEBERNO**, and **GOMEZ ACEMEDO** were detained and transferred to a United States Coast Guard Cutter ("USCGC"). The USCGC is scheduled to arrive with **SALAS ENOACALNACIO, VERA CALLEBERNO,** and **GOMEZ ACEMEDO** on board on November 21, 2020, in the Southern District of Florida.

## CONCLUSION

9. Based on the information provided above, I respectfully submit that probable cause exists to believe that **JUAN RAFAEL SALAS ENOACALNACIO, GEREMU VERA CALLEBERNO,** and **EDICTO MANUEL GOMEZ ACEMEDO** did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is, five (5)

[Space intentionally left blank]

3

kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MARCELINO MARIABELLO
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 19 th day of November, 2020.

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

4